TOWNSHIP OF LAFAYETTE v. NEW JERSEY DEPARTMENT
OF ENVIRONMENTAL PROTECTION.

October 6, 1986.

Petition for certification denied.

SUSAN DE GROOT MYERS v. ROY WILLIAM MYERS.

October 6, 1986.

Petition for certification denied.

BARBARA MOCCIA v. JOSEPH MOCCIA.

October 6, 1986.

Petition for certification denied.

INA ROSELIN v. CHARLES ROSELIN v. MONSOOR A. ARAIN.

October 6, 1986.

Petition for certification denied.